AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

FEB - 1 2018

David J. Bradley, Clerk

United States of America
v.

Daniel Diaz-Lopez, YOB: 1997 (MEX)
Lucas Salazar-Monroy, YOB: 1999 (MEX)

Defendant(s)

Case No. M-18-0235-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 1/31/2018 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Marijuana, approximately 318.7 kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

_Complainant's signature_

Danielle Martin, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.
Date: Feb. 1, 1/31/2018 8:27 a.m.

_Judge's signature_

City and state: McAllen, Texas

Peter Ormsby, US Magistrate Judge
_Printed name and title_

# ATTACHMENT 1

1. On January 31, 2018, at approximately 12:10 p.m., U.S. Border Patrol (USBP) agents in Donna, Texas observed a white Ford F-150 traveling south towards the Rio Grande River. USBP agents observed several subjects emerge from the Rio Grande River bank and run towards a white Ford F-150. USBP agents responded to the area and observed a white Ford F-150 traveling westbound on Military Highway 281. USBP activated their emergency lights to conduct an immigration check. The white Ford F-150 failed to stop and continued at a high rate of speed, until the vehicle lost control and crashed into a tree. USBP agents observed two individuals, one wearing an aqua colored shirt and one wearing a red and black striped shirt, flee the vehicle and run towards the brush. USBP seized eight (8) bundles of marijuana from the white Ford F-150. USBP subsequently apprehended Daniel DIAZ-LOPEZ, who was wearing a red and black striped shirt, hiding in the brush approximately sixty yards south of the Ford F-150. USBP also apprehended Lucas SALAZAR-MONROY, who was wearing an aqua shirt, running south in a field approximately forty yards from the Ford F-150.
2. At the Weslaco USBP Station, agents processed the marijuana, which weighed approximately 318.7 kilograms (702.5 pounds). Agents also conducted a field test, which tested positive for characteristics of marijuana.
3. DEA Special Agents (SA) Danielle Martin, Matthew Dolengowski, and USBP Agent Jesse Hernandez conducted an interview of SALAZAR. Agent Hernandez read SALAZAR his Miranda Warnings in Spanish. SALAZAR stated that he waived his rights and agreed to be interviewed by agents. SALAZAR stated that he paid $1,800 USC to cross into the United States. SALAZAR stated that he crossed the river into the United States on January 31, 2018 at approximately 9:00 a.m, with one other individual. SALAZAR stated that he acted as a look out for law enforcement, while the others crossed the river with marijuana. SALAZAR stated that he helped load the bundles of marijuana into the white Ford F-150 and then drove the Ford F-150 north from the river. SALAZAR stated that he was instructed to drive the bundles of marijuana to a location on Alamo Rd., where two dually trucks would meet him. SALAZAR stated that he saw the emergency lights behind him, but ran because he knew it was law enforcement. SALAZAR stated that DIAZ was also a passenger in the Ford F-150 and crossed the river after DIAZ.
4. DEA SA Martin, SA Dolengowski, and Agent Hernandez conducted an interview of DIAZ. Agent Hernandez read DIAZ his Miranda Warnings in Spanish. DIAZ stated that he waived his rights and agreed to be interviewed by agents. DIAZ stated that he crossed the Rio Grande River the morning of January 31, 2018. DIAZ stated that he paid 16,000 pesos to cross into the United States. DIAZ stated that he helped load the marijuana bundles into the white Ford F-150. DIAZ stated that he knew he was transporting marijuana or cocaine because of how the bundles were wrapped. DIAZ stated that he knows it is illegal to transport marijuana into the United States. DIAZ stated that SALAZAR crossed the Rio Grande River at the same time as DIAZ. DIAZ also stated that SALAZAR was the one that drove the white Ford F-150 until it crashed into the tree.